# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:26-CV-2876-TPB-CPT

Plaintiff:
**WARREN SAPP**

vs.

Defendant:
**CITY OF TAMPA, FL**

For:
ANTHONY F. SABATINI
SABATINI LAW FIRM, P.A.
1601 E. FIRST AVE
MOUNT DORA, FL 32757

Received by Leigh Humphrey on the 24th day of September, 2026 at 4:54 pm to be served on **CITY OF TAMPA, FLORIDA C/O REGISTERED AGENT FOR SERVICE OF PROCESS, 315 E. KENNEDY BOULEVARD, TAMPA, FL 33602**.

I, Leigh Humphrey, being duly sworn, depose and say that on the **25th day of September, 2026** at **12:45 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Dernica A.** as **Paralegal**, who stated they are authorized to accept service for: **CITY OF TAMPA, FLORIDA C/O REGISTERED AGENT FOR SERVICE OF PROCESS** at the address of: **315 E. KENNEDY BOULEVARD, TAMPA, FL 33602**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (27.9477,-82.4578) accuracy 23 m.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing Verified Return of service and the facts stated in it are true. Pursuant to F.S. 92.525(2), Notary not required.

Subscribed and Sworn to before me on the 25th day of September, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

SCOTT KAMP
Notary Public-State of Florida
Commission # HH 635816
My Commission Expires
May 26, 2029

**Leigh Humphrey**
CPS 23-667398

**A.N.Y. Process Services, Inc.**
**2755 Border Lake Rd**
**Suite 106**
**Apopka, FL 32703**
**(407) 831-0311**

Our Job Serial Number: ANY-2026019337

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

| | |
|---|---|
| DELIVERED | 9/25/2026 12:45 PM |
| SERVER | LH |
| LICENSE | CPS 23-667398 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

WARREN SAPP

*Plaintiff(s)*

v.

CITY OF TAMPA, FL

*Defendant(s)*

Civil Action No. 8:26-cv-2876-TPB-CPT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* To: CITY OF TAMPA, FLORIDA
c/o Registered Agent for Service of Process
315 E. Kennedy Boulevard
Tampa, Florida 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony Sabatini, Esq.
1601 E. First Avenue
Mount Dora, FL 32757
(352)-455-2928
anthony@sabatinilegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Kimberly Calixto

Date: September 24, 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:26-cv-2876-TPB-CPT

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset