**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WARREN SAPP,** **CASE NO.: 8:26-cv-2876-TPB-CPT**

**Plaintiff,**

**vs.**

**CITY OF TAMPA,**

**Defendant.**
**_____________________________________/**

**NOTICE OF ENTRY OF APPEARANCE**
**And DESIGNATION OF LEAD ACOUNSEL**

The undersigned counsel hereby gives notice of entry of appearance of Toyin K. Aina-Hargrett, Senior Assistant City Attorney, on behalf of City of Tampa. I am admitted or otherwise authorized to practice in this court. Henceforth all pleadings and legal documents shall be served upon lead counsel, Toyin K. Aina-Hargrett, Senior Assistant City Attorney, 5th Floor, City Hall - 315 E. Kennedy Boulevard, Tampa, Florida 33602, Toyin.Aina-Hargrett@tampagov.net (Primary E-mail), and Dernica.Amboise@tampagov.-net (Secondary E-mail).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the undersigned attorney electronically filed the foregoing with the Clerk of the Court on this **16th** day of **October 2026**, using the CM/ECF system, will send a notice of electronic filing to the

following: **Anthony F. Sabatini, Esq.** (anthony@sabatinilegal.com), and **Gavin B. Rollins, Esq.** (gavin@sabatinilegal.com), 1601 East 1st Avenue, Mount Dora, Florida 32757, *attorneys for Plaintiff*.

SCOTT STEADY
CITY ATTORNEY – CITY OF TAMPA

By: *Toyin K. Aina-Hargrett*
Toyin K. Aina-Hargrett
Senior Assistant City Attorney II
Florida Bar No. 0178950
5th Floor, City Hall
315 E. Kennedy Boulevard Tampa,
Florida 33602
Phone: (813) 274-8797
Fax: (813) 274-8809
*Attorney for Defendants*
Toyin.Aina-Hargrett@tampagov.net
Dernica.Amboise@tampagov.net