**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WARREN SAPP,** **CASE NO.: 8:26-cv-2876-TPB-CPT**

**Plaintiff,**

**vs.**

**CITY OF TAMPA,**

**Defendant.**

______________________________________/

**DEFENDANT, CITY OFTAMPA'S**
***Unopposed* MOTION FOR BRIEF EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**

**COMES NOW**, Defendant, **CITY OF TAMPA** ("City"), by and through the undersigned attorney, and hereby files this *Unopposed Motion for Brief Extension of Time to File Response to Amended Complaint*, and states the following:

1. Plaintiff filed the Complaint in this matter on September 23, 2026, wherein he alleged a single count of First Amendment Retaliation. [Dkt. #1].

2. On September 25, 2026, the City was served with the *Complaint*. [Dkt. #4].

3. On October 16, 2026, the City timely filed *Defendant's Motion to Dismiss Complaint and Memorandum of Law*. [Dkt. #6].

5. On October 21, 2026, the Plaintiff filed *Plaintiff's Response in Opposition to Defendant's Motion to Dismiss*. [Dkt. #7].

6. On October 29, 2026, the Court entered an *Order* granting the City's motion to dismiss, and giving Plaintiff until November 12, 2026, to file an amended complaint. [Dkt. #8].

7. On November 4, 2026, Plaintiff filed a two-count *Amended Complaint*, wherein he alleged two counts referencing: (1) Unlawful Restriction of Speech and Petitioning, and (2) First Amendment Retaliation. [Dkt. #9].

8. Pursuant to Rule 15, the City of Tampa's response to the *Amended Complaint* is due Wednesday, November 18, 2026.

9. Defendant requests a 14-day extension of time (from November 18, 2026, to December 2, 2026) to file its response in this matter.

10. The undersigned attorney has been working diligently to file its response, but has had numerous deadlines and a family emergency that has taken time and resources from addressing the City's response.

11. Defendant has not previously made a request for extension of time or continuance in this matter to date.

12. The requested brief extension of 14 days, is not being made for the purpose of delay, would not prejudice either party.

**LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(G), the undersigned has reached out to Plaintiff's counsel and is authorized to represent to the Court that this motion is unopposed.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the undersigned attorney electronically filed the foregoing with the Clerk of the Court on this **16th** day of **November 2026**, using the CM/ECF system, will send a notice of electronic filing to the following: **Anthony F. Sabatini, Esq.** (anthony@sabatinilegal.com), and **Gavin B. Rollins, Esq.** (gavin@sabatinilegal.com), 1601 East 1st Avenue, Mount Dora, Florida 32757, *attorneys for Plaintiff*.

SCOTT STEADY
CITY ATTORNEY – CITY OF TAMPA

By: *Toyin K. Aina-Hargrett*
Toyin K. Aina-Hargrett
Senior Assistant City Attorney II
Florida Bar No. 0178950
5th Floor, City Hall
315 E. Kennedy Boulevard Tampa,
Florida 33602
Phone: (813) 274-8797
Fax: (813) 274-8809
*Attorney for Defendants*
Toyin.Aina-Hargrett@tampagov.net
Dernica.Amboise@tampagov.net